# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-7063**                    **September Term, 2024**

**1:21-cv-00920-APM**

**Filed On: March 13, 2025** [2105654]

Michaela Smith,

      Appellant

    v.

Howard University,

      Appellee

## O R D E R

Upon consideration of pro se appellant's motion to extend the deadline to file the reply brief, it is

**ORDERED** that the motion be dismissed as moot in light of pro se appellant's March 10, 2025 notice that she is joining in the reply brief of court-appointed amicus curiae filed on March 10, 2025.

FOR THE COURT:
Clifton B. Cislak, Clerk

BY:   /s/
Michael C. McGrail
Deputy Clerk