# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 24-7063**                                                                       **September Term, 2024**

1:21-cv-00920-APM

**Filed On: March 31, 2025** [2108578]

Michaela Smith,

    Appellant

v.

Howard University,

    Appellee

## O R D E R

It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of this case scheduled for April 10, 2025, at 9:30 A.M.:

| | | |
|---|---|---|
| Appellant | - | 10 Minutes (to be divided with appellant Michaela Smith as the parties deem appropriate) |
| Appellee | - | 10 Minutes |

The panel considering this case will consist of Chief Judge Srinivasan, and Circuit Judges Henderson and Childs.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by April 2, 2025.

### Per Curiam

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:    /s/
Michael C. McGrail
Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)